IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Maritza Dominguez Braswell**

Civil Action No. 20–cv–03658–CNS–MDB

LENNIS JAMES HILL,

    Plaintiff,

v.

WADE, USP Lieutenant,
GONZALEZ, USP Investigator, and
ANTHONY, Lieutenant,

    Defendants.

## MINUTE ORDER

Currently pending before the Court is Defendants' Motion to Stay Discovery. (["Motion"], Doc. No. 57.) Plaintiff has not responded, even though Defendants previewed their intent to file said Motion during the June 5, 2023, Status Conference, and the Court explained the process to Plaintiff on the record. (Doc. No. 59). Still, and despite Plaintiff's lack of response, the Court has carefully considered the potential prejudice to Plaintiff if the Court were to issue a stay. The Court has also considered the other *String Cheese* factors, particularly convenience to the Court and burden on Defendants and third parties, where both this Court and the presiding judge have indicated that Defendants' *Egbert* arguments may result in dismissal. *See String Cheese Incident, LLC v. Stylus Shows, Inc.*, No. 1:02-CV-01934-LTB-PA, 2006 WL 894955 (D. Colo. Mar. 30, 2006); (Doc. Nos. 44; 46.) On consideration of these and other issues, and in

exercising its discretion, the Court finds discovery in this case should be stayed until the pending Motion to Dismiss (Doc. No. 55) is resolved.

Accordingly it is

**ORDERED** that Defendants' Motion to Stay Discovery is **GRANTED**. The case shall be stayed pending a resolution of Defendants' Motion to Dismiss (Doc. No. 55).

Dated this 6th day of July, 2023.

**BY THE COURT:**

_____
Maritza Dominguez Braswell
United States Magistrate Judge